IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. HAGE
CLERK OF COURT
2020 MAY 13 PM 1: 46
U.S. DISTRICT COURT
S. DIST. OHIO
W. DIV. COLUMBUS

**RICHARD DUNCAN**
    **Plaintiff**

CASE NO. 2:20-CV-02295

    **VS.**

JUDGE *Watson*

**FRANK LA ROSE  et al.**

    **Defendant**

## MOTION FOR AN EMERGENCY PRELIMINARY INJUNCTION

Richard Duncan hereby respectfully requests an immediate Preliminary

Injunction. The basis for this is set forth in the allegations of his Complaint and

in his Exhibit A Declaration attached thereto.  If an evidential hearing is needed, please

schedule such.

Respectfully submitted,

*Richard Duncan*

Richard Duncan  Plaintiff
1101 East Blvd. Aurora, Ohio 44202

SERVICE

A copy of the foregoing was served on the defendants this 5/10/20 day of May 2020
by first class mail at the following addresses.;   Frank La Rose- 22 North 4th Street,
Columbus, Ohio 43215; Governor DeWine Riffe Center 30th Floor, 77 South High, Columbus,
Ohio  43215; Ohio General Assembly, Ohio State House, 1 Capital Square, Columbus, Ohio
43215.